## George W. Ragains v. Granville E. Stout.

1. FREEHOLD—*Trespass to Real Estate.*— In trespass upon real estate, commenced before a justice of the peace and appealed to the Circuit Court, where the defenses relied upon are *liberum tenementum*, license, and not guilty, a freehold is involved.

Trespass on Real Estate.—Trial in the Circuit Court of Johnson County, on appeal from a justice of the peace; the Hon. JOSEPH P. ROB-ARTS, Judge, presiding.   Heard in this court at the August term, 1898. Appeal dismissed.   Opinion filed March 10, 1899.

- PER CURIAM.

This was a case in trespass on real estate, commenced before a justice of the peace and appealed to the Circuit Court. Appellant, in his statement of the case, says: "The defenses relied upon in the trial were *liberum tenementum*, license, and not guilty. The evidence bears out the statement. In such case a freehold is involved. W. C. St. R. R. Co. v. Morrison, Adams & Allen Co., 54 Ill. App. 556; Piper v. Connelly et al., 108 Ill. 646. This court has no jurisdiction.

Appeal dismissed and leave to withdraw record, abstracts and briefs.